**E-filing**

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Center for Biological Diversity, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| United States Department of Agriculture, et al. | ) | |
| Defendant | ) | |

08 3884 JSW

**Summons in a Civil Action**

To:  See Attached Sheet
          *(Defendant's name)*

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Erin M. Tobin and Trent W. Orr
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: AUG 1 4 2008

Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Summons in a Civil Action
## Continuation Page

To (Defendants):

    United States Department of Agriculture;

    Edward Schafer, in his official capacity as Secretary of the Department of Agriculture;

    United States Forest Service;

    Abigail Kimbell, in her official capacity as Chief of the Forest Service;

    Randy Moore, in his official capacity as Regional Forester for the Pacific Southwest Region of the Forest Service