ORIGINAL

1  ERIN M. TOBIN (State Bar No. 234943)
   TRENT W. ORR (State Bar No. 77656)
2  Earthjustice
   426 17th Street
3  Oakland, CA 94612
   Tel: (510) 550-6725
4  Fax: (510) 550-6749
   etobin@earthjustice.org; torr@earthjustice.org
5
   *Counsel for Plaintiffs*
6

**FILED**
08 AUG 14 AM 9:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

7              UNITED STATES DISTRICT COURT
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
                SAN FRANCISCO DIVISION

9  CENTER FOR BIOLOGICAL DIVERSITY;      ) Civ. No.   **CV  08   3884**
   LOS PADRES FORESTWATCH; SIERRA        )
10 CLUB; DEFENDERS OF WILDLIFE;          )
   CALIFORNIA NATIVE PLANT SOCIETY;      ) **CERTIFICATE OF INTERESTED**
11 THE WILDERNESS SOCIETY;CALIFORNIA     ) **ENTITIES OR PERSON**
   WILDERNESS COALITION,                 )
12                                        ) (Civ. L. R. 3-16)
              Plaintiffs,                 )
13                                        )                        **JSW**
           vs.                            )
14                                        )
   UNITED STATES DEPARTMENT OF           )
15 AGRICULTURE; EDWARD SCHAFER, in his  )
   official capacity as Secretary of the Department )
16 of Agriculture; UNITED STATES FOREST  )
   SERVICE; ABIGAIL KIMBELL, in her official )
17 capacity as Chief of the Forest Service; and )
   RANDY MOORE, in his official capacity as )
18 Regional Forester for the Pacific Southwest )
   Region of the Forest Service,         )
19                                        )
              Defendants.                 )
20 ─────────────────────────────────────── )

21      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

22 named parties, there is no financial or other interest to report.

23

24 DATED: August 14, 2008            Respectfully submitted,

25

26                                   _____
                                     ERIN M. TOBIN
27
                                     *Counsel for Plaintiffs*
28

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS