

1  ERIN M. TOBIN (State Bar No. 234943)
   TRENT W. ORR (State Bar No. 77656)
2  Earthjustice
   426 17th Street
3  Oakland, CA 94612
   Tel: (510) 550-6725
4  Fax: (510) 550-6749
   etobin@earthjustice.org; torr@earthjustice.org
5
   Counsel for Plaintiffs
6

7           UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                  SAN FRANCISCO DIVISION

9  CENTER FOR BIOLOGICAL DIVERSITY;      )  Civ. No. 08 3884
   LOS PADRES FORESTWATCH; SIERRA        )
10 CLUB; DEFENDERS OF WILDLIFE;          )
   CALIFORNIA NATIVE PLANT SOCIETY;      )  NONGOVERNMENT CORPORATE
11 THE WILDERNESS SOCIETY; CALIFORNIA    )  DISCLOSURE STATEMENT
   WILDERNESS COALITION,                 )
12                                       )  (Fed. R. Civ. P. 7.1)
            Plaintiffs,                  )
13                                       )
       vs.                               )
14                                       )
   UNITED STATES DEPARTMENT OF           )
15 AGRICULTURE; EDWARD SCHAFER, in his   )
   official capacity as Secretary of the Department )
16 of Agriculture; UNITED STATES FOREST  )
   SERVICE; ABIGAIL KIMBELL, in her official )
17 capacity as Chief of the Forest Service; and )
   RANDY MOORE, in his official capacity as )
18 Regional Forester for the Pacific Southwest )
   Region of the Forest Service,         )
19                                       )
            Defendants.                  )
20 _____)

21     Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs Center for Biological Diversity,

22 Los Padres ForestWatch, Sierra Club, Defenders of Wildlife, California Native Plant Society, the

23 Wilderness Society, and California Wilderness Coalition state that they are non-profit organizations

24 that do not have parent corporations and do not issue stock.

25 DATED: August 14, 2008            Respectfully submitted,

26
                                     _____
27                                   ERIN M. TOBIN

28                                   Counsel for Plaintiffs

NONGOVERNMENTAL AGENCY DISCLOSURE STATEMENT