1  RONALD J. TENPAS
   Assistant Attorney General

2

   BARCLAY T. SAMFORD (NMBN 12323)
3  Trial Attorney
   U.S. Department of Justice
4  Environment & Natural Resources Div.
   1961 Stout St., 8th Floor
5  Denver, CO 80294
   Telephone: (303) 844-1475
6  Facsimile: (303) 844-1350

7  Attorneys for Defendants

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  CALIFORNIA RESOURCES AGENCY, *et al.*,          )     Case No. 08-cv-01185-MHP
                                                     )
12                              Plaintiffs,          )
                                                     )
13  v.                                               )     FEDERAL DEFENDANTS'
                                                     )     RESPONSE TO
14  UNITED STATES DEPARTMENT OF                      )     PLAINTIFFS'
    AGRICULTURE, *et al.*,                           )     ADMINISTRATIVE
15                                                   )     MOTION TO CONSIDER
                                Defendants.          )     WHETHER CASES
16                                                   )     SHOULD BE RELATED
                                                     )
17  CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,       )     Case No. 08-cv-3884-JSW
                                                     )
18                              Plaintiffs,          )
                                                     )
19  v.                                               )
                                                     )
20  UNITED STATES DEPARTMENT OF                      )
    AGRICULTURE, *et al.,*                           )
21                                                   )
                                Defendants.          )
22                                                   )

23

24

25

26

27

28

   Fed Defs.' Resp. to Mot. to Relate, 08-cv-01185-MHP and 08-cv-3884-JSW

1    Defendants the United States Department of Agriculture, Ed Schafer, Secretary of

2  Agriculture, Gail Kimball, Chief of the United States Forest Service, and Randy Moore,

3  Regional Forester, Pacific Southwest Region, United States Forest Service (collectively "Federal

4  Defendants"), respectfully submit this response to the administrative motion filed by the

5  plaintiffs in Center for Biological Diversity, et al. v. U.S. Department of Agriculture, et al., Case

6  No. 08-cv-3884 JSW (N.D. Cal.), to consider whether that case should be related to the earlier

7  filed case, California Resources Agency v. U.S. Department of Agriculture, 08-cv-01185-MHP,

8  under Local Rules 3-12 and 7-11.

9    Local Rule 3-12(a) states that an action is related to another when: "(1) The actions

10  concern substantially the same parties, property, transaction or event; and (2) It appears likely

11  that there will be an unduly burdensome duplication of labor and expense or conflicting results if

12  the cases are conducted before different Judges."

13    With respect to the "parties, property, transaction or event" prong of the analysis, Case

14  No. 08-cv-01185-MHP and Case No. 08-cv-3884 do concern the same general subject matter –

15  the Forest Service's revised Forest Plans for the Cleveland, Angeles, San Bernardino, and Los

16  Padres National Forests.  Both cases also involve the same defendants, but substantially different

17  plaintiffs.  Plaintiffs in Case No. 08-cv-01185-MHP are governmental entities: the State of

18  California, as represented by the Attorney General, and the California Resources Agency and

19  California Department of Fire Protection.  Plaintiffs in Case No. 08-cv-3884 are all private non-

20  profit organizations.  The legal claims in both cases also differ.  While both cases allege

21  violations of the National Environmental Policy Act ("NEPA"), in the above captioned case, the

22  State of California alleges violations of the National Forest Management Act ("NFMA") with

23  regard to the Forest Service's consultation with the state in its capacity as a government entity.

24  No such claim is or could be brought by the non-profit organization plaintiffs in Case No. 08-cv-

25  3884.

26    With regard to duplication of judicial labor, Defendants agree that Case No. 08-cv-

27  01185-MHP  and Case No. 08-cv-3884 involve review of the same administrative record and

28  having both cases heard by the same Judge may prevent some duplication of effort.

Fed Defs.' Resp. to Mot. to Relate, 08-cv-01185-MHP and 08-cv-3884-JSW          - 1 -

1    In light of the foregoing , Federal Defendants not oppose Plaintiffs' request to relate the

2  two cases, provided that doing so does not alter or otherwise affect the scheduling order in place

3  for the above-captioned case.  However, given the substantive differences between the two

4  matters and the extent to which the litigation in <u>California Resources Agency v. U.S. Department</u>

5  <u>of Agriculture</u>, 08-cv-01185-MHP has advanced, Defendants would oppose consolidation of the

6  two cases.

7  Dated this 19th day of August, 2008.

8                                          Respectfully submitted,
                                           RONALD J. TENPAS
9                                          Assistant Attorney General

10                                          /s/ Barclay T. Samford
                                           BARCLAY T. SAMFORD
11                                         Trial Attorney
                                           U.S. Department of Justice
12                                         Environment & Natural Resources Division
                                           1961 Stout Street, 8th Floor
13                                         Denver, CO 80294

14  <u>OF COUNSEL</u>:

15  Sarah Birkeland
    USDA, Office of the General Counsel
16  33 New Montgomery Street, 17th Floor
    San Francisco, CA 94105

17

18

19

20

21

22

23

24

25

26

27

28