RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone:    (303) 844-1475
Facsimile:    (303) 844-1350
e-mail: clay.samford@usdoj.gov

ALISON D. GARNER
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20044-0663
Telephone:    (202) 514-2855
Facsimile:    (202) 305-0274
e-mail: alison.garner@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | Case No.08-cv-03884-MHP |
| Plaintiffs, | NOTICE OF APPEARANCE |
| vs. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | Judge Marilyn H. Patel |
| Defendants. | |

Defendants hereby give notice of the appearance of Alison D. Garner on behalf of defendants, the U.S. Department of Agriculture, Edward Schafer, U.S. Forest Service, Abigail

Notice of Appearance, Case No.08-cv-03884-MHP

Kimbell, and Randy Moore. Barclay Samford also continues to represent Defendants.

Service of all papers should be made to the address below:

For Deliveries by U.S. Mail:
Alison D. Garner
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20004-0663

For Overnight or Hand Deliveries:
Alison D. Garner
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Patrick Henry Building - Third Floor
601 D Street, N.W.
Washington, D.C. 20004

Dated: August 20, 2008          Respectfully submitted,

**RONALD J. TENPAS**
Assistant Attorney General
Environment and Natural Resources Division

/s/Alison D. Garner
ALISON D. GARNER
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20044-0663
Telephone: (202) 514-2855
Facsimile: (202) 305-0506
alison.garner@usdoj.gov
*Attorneys for Defendants*

Notice of Appearance, Case No.08-cv-03884-MHP                                          2

**Certificate of Service**

I hereby certify that on August 20, 2008, Defendant filed through the United States District Court ECF System the foregoing Notice of Appearance of Counsel to be served by CM/ECF electronic filing on the following attorneys of record:

Erin M. Tobin
etobin@earthjustice.org

Trent W. Orr
torr@earthjustice.org

/s/ Alison D. Garner
Alison D. Garner
*Attorney for Defendants*