ERIN M. TOBIN (State Bar No. 234943)
TRENT W. ORR (State Bar No. 77656)
Earthjustice
426 17th Street
Oakland, CA 94612
Tel: (510) 550-6725
Fax: (510) 550-6749
etobin@earthjustice.org; torr@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>        Plaintiffs,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>        Defendants. | Civ. No. CV-08-3884 MHP<br><br>CERTIFICATE OF SERVICE |

I am a citizen of the United States of America and a resident of the City and County of San Francisco; I am over the age of 18 years and not a party to the within entitled action; my business address is 426 17th Street, 5th Floor, Oakland, California.

I hereby certify that on August 14, 2008, I served by U.S. Certified Mail one true copy of the following documents:

- Summons In A Civil Action;
- Complaint for Declaratory and Injunctive Relief;
- Certificate of Interested Entities or Person;
- Nongovernment Corporate Disclosure Statement;
- Order Setting Initial Case Management Conference and Standing Orders;
- ECF Registration Information Handout;
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
- District Court "Welcome" Packet; and

1      • Administrative Motion to Consider Whether Cases Should Be Related
          (filed in Case No. 08-1185 on 8/14/08)
2

on the persons listed below:

3

United States Department of            Randy Moore, Regional Forester
4      Agriculture                             USDA Forest Service
       1400 Independence Avenue, SW            Pacific Southwest Region
5      Washington, DC  20250                   1323 Club Drive
                                               Vallejo, CA  94592
6      Ed Schafer, Secretary
       US Department of Agriculture            Michael B. Mukasey
7      1400 Independence Ave., S.W.            Attorney General
       Washington, DC  20250                   U.S. Department of Justice
8                                              950 Pennsylvania Avenue, N.W.
       USDA Forest Service                     Washington, DC  20530-0001
9      1400 Independence Ave., SW
       Washington, D.C.  20250-0003            Joseph P. Russoniello
                                               United State Attorney
10                                             450 Golden Gate Avenue, Box 36055
       Gail Kimbell, Chief                     San Francisco, CA  94102
11     U.S. Forest Service
       1400 Independence Ave., S.W.
12     Washington, DC  20250-0003

13         Copies of the return receipts (and one USPS confirmation in lieu of an unreturned receipt)

14  showing that all deliveries have been made are attached.

15         I certify under penalty of perjury that the foregoing is true and correct.  Executed on

16  September 3, 2008 in Oakland, California.

17

18                                    _____
                                              John W. Wall
19

20

21

22

23

24

25

26

27

28



Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 0150 0002 5828 9566**
Status: **Delivered**

Your item was delivered at 8:07 AM on August 19, 2008 in
WASHINGTON, DC 20250.

( Additional Details > )  ( Return to USPS.com Home > )



**Track & Confirm**

Enter Label/Receipt Number.

_____

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward Schafer, Sec'y
USDA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. Young_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
_M. Young_   _8-19-08_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7008 0150 0002 5828 9559

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service** ™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

_8-14 08_

Sent To
_Ed Schafer_
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

9559 5828 0002 0150 7008

PS Form 3800, August 2006        See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

USDA Forest Service

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7008 0150 0002 5828 9542

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

## OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

8-14-08

Sent To    USDA Forest Service
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7008 0150 0002 5828 9542

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Abigail Kimbell, Chief
USDA Forest Service

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____    ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
JASON Blanche   8/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7008 0150 0002 5828 7814

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

8-14-08

Sent To   Abigail Kimbell

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7008 0150 0002 5828 7814

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Randy Moore, Reg'l Forester
USDA Forest Service

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____    ☐ Agent    ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

SUZ CAMERON    08-15-08

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7008 0150 0002 5828 7807

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

8-14-08

Sent To    Randy Moore

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

7008 0150 0002 5828 7807

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joseph P. Russoniello
U.S. Attorney

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____    ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   8-15-08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7008 0150 0002 5828 7791

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

8-14-08

Sent To
Joseph Russoniello

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

7008 0150 0002 5828 7791

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael B. Mukasey
Attorney General

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____ ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
AUG 2 1 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 0150 0002 5828 7784

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**O F F I C I A L   U S E**

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here
8-14-08

Sent To  Michael Mukasey
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7008 0150 0002 5828 7784

PS Form 3800, August 2006    See Reverse for Instructions